UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ATLANTIC RECORDING
CORPORATION, ET AL.,

    Plaintiffs,

v.    Case No. 8:08-cv-1447-T-24 MAP

AMANDA TARGOWSKI,

    Defendant.
_____/

## **ORDER**

This cause comes before the Court on Plaintiffs' motion for default judgment. (Doc. No. 11). As explained below, the motion is granted.

Plaintiff filed this suit against Defendant alleging copyright infringement relating to ten songs. Defendant failed to appear in this case, and default was entered against her on December 22, 2008. Thereafter, Plaintiffs filed the instant motion for default judgment.

Plaintiffs seek an award of the following: (1) statutory damages of $750 per song for Defendant's infringement of the ten songs, amounting to $7,500, pursuant to 17 U.S.C. § 504; (2) an injunction to prevent future infringement by Defendant, pursuant to 17 U.S.C. § 502; and (3) costs of $550, pursuant to 17 U.S.C. § 505. Upon review, the Court finds the requested relief to be appropriate.

Accordingly, it is ORDERED AND ADJUDGED:

(1)    Plaintiffs' motion for default judgment (Doc. No. 11) is **GRANTED**.

(2)    The Clerk is directed to enter judgment in favor of Plaintiffs in the amount of $7,500 in statutory damages and $550 in costs.

(3) Additionally, the Court awards the following injunctive relief: Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

(4) The Clerk is directed to close this case.

**DONE AND ORDERED** at Tampa, Florida, this 5th day of March, 2009.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record